IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41204
Summary Calendar

_____

AURORA DE LA PAZ,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-97-CV-413
- - - - - - - - - -

August 5, 1999

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Aurora De La Paz appeals from the district court's judgment affirming the denial of her application for disability insurance benefits and supplemental security income. She argues that the Administrative Law Judge ("ALJ") erred in disregarding De La Paz's subjective complaints while assessing her residual functional capacity, the ALJ posed inadequate hypothetical questions to the vocational expert, and the Commissioner's determination regarding her disability status was not supported

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

by substantial evidence.  Because De La Paz failed to exhaust her

administrative remedies by raising her argument regarding the

hypothetical questions before the Appeals Council in her request

for review of the ALJ's decision, we lack jurisdiction to review

this issue.  See McQueen v. Apfel, 168 F.3d 152, 155 (5th Cir.

1999); Paul v. Shalala, 29 F.3d 208, 210 (5th Cir. 1994).

    We have reviewed the record and find that the ALJ's finding

regarding De La Paz's residual functional capacity and the

Commissioner's determination of her disability status were

supported by substantial evidence.  See Leggett v. Chater, 67

F.3d 558, 564 (5th Cir. 1995).

    AFFIRMED.